DECEMBER 1, 1969

No. 1172, Misc. FITZGERALD *v.* STATE'S ATTORNEY FOR THE SECOND JUDICIAL CIRCUIT OF FLORIDA. Motion for leave to file petition for writ of mandamus dismissed pursuant to Rule 60 of the Rules of this Court.

No. 756. CUTLER-HAMMER, INC. *v.* SKIL CORP. C. A. 7th Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *Albert H. Pendleton, Gregory B. Beggs,* and *Richard J. Flynn* for petitioner.

DECEMBER 4, 1969

No. 760. TECHNOGRAPH, INC., ET AL. *v.* BECKER, U. S. DISTRICT JUDGE. C. A. 7th Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *Aaron Lewittes* and *Walter J. Blenko, Jr.,* for petitioners.